NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 05-307


MICHAEL STEVEN BODRI, ET AL.

VERSUS

VESTER WILKERSON, ET AL.


**********

APPEAL FROM THE
TENTH JUDICIAL DISTRICT COURT
PARISH OF NATCHITOCHES, NO. 76467, DIV. B
HONORABLE FRED C. SEXTON  JR., DISTRICT JUDGE

**********

BILLY HOWARD EZELL
JUDGE

**********

Court composed of John D. Saunders, Jimmie C. Peters, and Billy Howard Ezell,
Judges.

AFFIRMED.

**Otis Edwin Dunahoe, Jr.**
**Dunahoe Law Firm**
**P. O. Box 607**
**Natchitoches, LA 71458-0607**
**(318) 352-1999**
**Counsel for Defendants/Appellees:**
**Vester Wilkerson**
**Dorothy Dezendorf Wilkerson**

**Daniel T. Murchison**
**Attorney at Law**
**P. O. Box 226**
**Natchitoches, LA 71458-0226**
**(318) 352-2303**
**Counsel for Plaintiffs/Appellants:**
**Michael Steven Bodri**
**Elaine Cathleen Fitzpatrick**